# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FRANKLIN B. WOOD, JR., | : | Case No. 3:15-cv-212 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations (Doc. 12) of Chief United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred under 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations (Doc. 12) is **ADOPTED** in full;

2. The Commissioner's non-disability finding is **VACATED**;

3. No finding is made as to whether Plaintiff Franklin B. Wood, Jr. was under a "disability" within the meaning of the Social Security Act;

4. This matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations, and this Decision and Entry; and

5. The case is **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, August 9, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE